UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FELIPE LOPEZ, JR.,                          **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

## COUNT 1
(Possession with Intent to Distribute Methamphetamine)

On or about October 22, 2024, in Ottawa County, in the Southern Division of the Western District of Michigan, the defendant,

FELIPE LOPEZ, JR.,

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)

## COUNT 2
(Felon in Possession of Ammunition)

On or about October 22, 2024, in Ottawa County, in the Southern Division of the Western District of Michigan, the defendant,

FELIPE LOPEZ, JR.,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, 40 rounds of 9mm ammunition, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## FORFEITURE ALLEGATION
(Felon in Possession of Ammunition)

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 2 of the Indictment, the defendant,

FELIPE LOPEZ, JR.,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including but not limited to: 40 rounds of 9mm ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
VITO S. SOLITRO
Assistant United States Attorney